# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-3511
_____

Lennie R. Senter

*Plaintiff - Appellant*

v.

Stericycle, Inc.

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis
_____

Submitted: July 7, 2014
Filed: July 11, 2014
[Unpublished]
_____

Before BYE, COLLOTON, and BENTON, Circuit Judges.
_____

PER CURIAM.

Lennie R. Senter appeals the district court's[1] adverse grant of summary judgment in his Title VII action against his former employer, Stericycle, Inc.

---

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

(Stericycle).  Upon de novo review, we agree with the district court that Stericycle met its burden of showing that there were no genuine issues of material fact, and that it was entitled to judgment as a matter of law on Senter's claims that he was subjected to racial harassment and discrimination, and that he suffered retaliation in violation of Title VII.  See Whisenhunt v. Sw. Bell Tel., 573 F.3d 565, 568 (8th Cir. 2009).  The judgment of the district court is affirmed.  See 8th Cir. R. 47B.

_____